**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22531-CIV-WILLIAMS**

165th STREET, LLC,

    Plaintiff,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge John J. O'Sullivan's Report and Recommendation (the "Report") (DE 19) on Defendants' Motion to Compel Arbitration and to Dismiss Plaintiff's Complaint (DE 4).  In the Report, Judge O'Sullivan explains that because the Parties have agreed to attend arbitration, Defendants' Motion to Compel Arbitration should be **DENIED AS MOOT**.  (DE 19 at 2).  Judge O'Sullivan further explains that in their Motion to Dismiss, Defendants seek dismissal of the Complaint pending arbitration, and alternatively, suggest a stay of the litigation during arbitration.  (*Id.* at 3).  Judge O'Sullivan recommends that the Court **GRANT IN PART** Defendants' Motion to Dismiss by staying the case pending completion of arbitration.  (*Id.*)  The Parties did not file objections to the Report and the time to do has now passed.

Accordingly, upon an independent review of the Report, Defendants' Motion, and the Record, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 19) are **AFFIRMED AND ADOPTED**.
2. Defendants' Motion to Compel Arbitration (DE 4) is **DENIED AS MOOT**.

    Defendants' Motion to Dismiss (DE 4) is **GRANTED IN PART**.

3. The Parties are **COMPELLED** to arbitration.

4. This action is **STAYED** pending the completion of arbitration.

5. The Parties shall file a joint status report within thirty (30) days of completing arbitration.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of October, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE